UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                         CASE NO. 8:17-cr-181-T-27 MAP
                                           8 U.S.C. § 1326(a)
HUGO JAVIER GONZALEZ-RODRIGUEZ            18 U.S.C. § 1015(e)
a/k/a "Rafeal Rivera-Calaf"               18 U.S.C. § 1028A(a)(1)

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

On or about July 13, 2015, in the Middle District of Florida, the

defendant,

HUGO JAVIER GONZALEZ-RODRIGUEZ,
a/k/a "Rafeal Rivera-Calaf,"

being an alien in the United States, who was deported, excluded, and removed

from the United States on or about September 14, 2012, and who had not

received the consent of the Attorney General or the Secretary of Homeland

Security to reapply for admission to the United States, was found to be

voluntarily in the United States.

In violation of 8 U.S.C. § 1326(a).

## COUNT TWO

On or about September 9, 2014, in the Middle District of Florida, the defendant,

### HUGO JAVIER GONZALEZ-RODRIGUEZ,
a/k/a "Rafeal Rivera-Calaf,"

did knowingly make a false statement and claim that he was a citizen and national of the United States with the intent to obtain a Florida driver's license, a Florida state benefit, by utilizing the identity information of another person, that is a social security number xxx-xx-6355.

In violation of 18 U.S.C. § Section 1015(e).

## COUNT THREE

On or about September 9, 2014, in the Middle District of Florida, and elsewhere, the defendant,

### HUGO JAVIER GONZALEZ-RODRIGUEZ,
a/k/a "Rafeal Rivera-Calaf,"

did knowingly possess and use, without lawful authority, a means of identification of another person, specifically, Social Security number xxx-xx-6355, during and in relation to a felony violation of False Statement to Obtain a State Benefit, in violation of 18 U.S.C. § 1015(e), as charged in Count Two

2

of this Indictment, knowing that such means of identification belonged to an actual person.

In violation of 18 U.S.C. § 1028A(a)(1).

A TRUE BILL,

_____
Foreperson

W. STEPHEN MULDROW
Acting United States Attorney

By:  _____
Jennifer L. Peresie
Assistant United States Attorney

By:  _____
Stacie B. Harris
Assistant United States Attorney
Chief, Major Crimes Section

3

No.

# UNITED STATES DISTRICT COURT
Middle District of Florida
Tampa Division

## THE UNITED STATES OF AMERICA

vs.

### HUGO JAVIER GONZALEZ-RODRIGUEZ
a/k/a "Rafeal Rivera-Calaf"

## INDICTMENT

Violations:

Title 8, United States Code, Section 1326(a)
Title 8, United States Code, Section 1015(e)

A true bill,

_____
Foreperson

Filed in open court this 20th day

of April 2017.

_____
Clerk

Bail $ _____